## Commonwealth *v.* Nesbit, Appellant.

Before McCARTHY, J.

Argued November 25, 1975. *Stanley W. Greenfield, Carl Max Janavitz,* and *Greenfield & Minsky,* and *Janavitz, Jana-*

*vitz & Kanfoush,* submitted a brief for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.